```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MARIO LOPEZ-OVIEDO,

                    Plaintiff,              ORDER ADOPTING
                                            REPORT AND
                                            RECOMMENDATION
          -against-                         08-CV-1909 (JS)(ARL)

JOAN MARVIN, IRA MARVIN, ROBERT FUNK,
ROBERT'S HANDYMAN SERVICE, and
ONE WORLD TECHNOLOGIES, INC.,

                    Defendants.
----------------------------------------X
JOAN MARVIN and IRA MARVIN,

                    Third-Party Plaintiffs,
          -against-

T/A SOLANO CONSTRUCTION,

                    Third-Party Defendants.
----------------------------------------X
```

APPEARANCES:
For Plaintiff:         Gary R. Novins, Esq.
                       Ginarte, O'Dwyer & Winograd, LLP
                       225 Broadway, 13th Floor
                       New York, NY 10007

For Defendants:
Joan Marvin and        April Joyce Laws, Esq.
Ira Marvin             Joseph T. Redd, Esq.
                       O'Connor Reed, LLP
                       200 Mamaroneck Avenue
                       White Plains, NY 10601

Robert Funk and        John W. Hoefling, Esq.
Robert's Handyman      Kelly, Rode & Kelly
Service                330 Old Country Road, Suite 305
                       Mineloa, NY 11501

One World              No appearance
Technologies, Inc.

For ThirdParty         No appearance
Defendant T/A
Solano Construction

SEYBERT, District Judge:

Magistrate Judge Arlene R. Lindsay issued a Report and Recommendation ("R&R") on August 14, 2009. As part of the R&R, Judge Lindsay warned that any objections were to be filed with the Clerk of the Court within ten days of service of the R&R. The time for filing objections has expired, and no party has objected. Accordingly, all objections are hereby deemed to have been waived.

Upon careful review and consideration, the Court ADOPTS the R&R in its entirety. Accordingly, the Clerk of the Court is directed to enter a judgment of default in favor of Joan Marvin and Ira Marvin (the "Marvins") against third-party defendant T/A Solano Construction ("Solano"). Upon resolution of the underlying action by Plaintiff, Mario Lopez-Oviedo, the Court will determine the damages, if any, to which the Marvins are entitled from Solano.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   September  14 , 2009
         Central Islip, New York