UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIO LOPEZ-OVIEDO,

                Plaintiff,

      -against-                          **ORDER**
                                                  CV 08-1909 (JS)(ARL)

JOAN MARVIN, et al.,

                Defendants.
------------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is the third-party defendant Fire Island Partner's motion to commence a Fourth Third-Party action to assert claims against defendant Robert Funk, third-party defendant Roger Bell, and third-party defendant Hughes Developers Inc. The application is granted, there being no opposition thereto. The parties are directed to immediately meet and confer to discuss the proposed joint amended discovery plan and the scheduling order dated October 12, 2010 and what, if any effect the action will have on the schedule.

      Also before the court is plaintiff's request for a telephone conference to obtain court-ordered deposition dates. The application is denied. The parties are directed to meet and confer on a schedule for the depositions in accordance with the scheduling order dated October 12, 2010. The parties are reminded that all discovery, inclusive of expert discovery, is to be completed by January 17, 2011.


Dated:  Central Islip, New York                **SO ORDERED:**
         November 22, 2010

                                                      _____/s/_____
                                                      ARLENE ROSARIO LINDSAY
                                                       United States Magistrate Judge